# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALAN V. BRUMFIELD

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2023 CW 0976

**MAY 9, 2024**

---

In Re:   Alan V. Brumfield, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 714798.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** By order signed April 8, 2024, the district
court granted plaintiff's motion to tax all court costs to
defendant.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT